NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TARVARIS HARRIS,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-3422
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle.

Tarvaris Harris, pro se.

PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI and ATKINSON, JJ., Concur.